**34**

Robin SCHULZE, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

**No. WD 75715.**

Missouri Court of Appeals,
Western District.

Oct. 29, 2013.

Robin Schulze, Appellant Pro Se,
Springfield, MO, for appellant.

Sara H. Harrison, Jefferson City, MO,
for respondent.

Before Division One: ALOK AHUJA,
P.J., and THOMAS H. NEWTON and
ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

The employment of Appellant Robin
Schulze with Home Performance Services,
LLC terminated on May 10, 2012. Schul-
ze applied for unemployment benefits.
The Labor and Industrial Relations Com-
mission denied her claim, finding that she
voluntarily left work without good cause
attributable to the work or her employer.
Schulze appeals, arguing that the Commis-
sion's decision was not supported by sub-
stantial evidence. We affirm. Because a
published opinion would have no prece-
dential value, an unpublished memoran-
dum setting forth the reasons for this or-
der has been provided to the parties.
Rule 84.16(b).